LAW OFFICES OF STUART M. COWAN

STUART M. COWAN #553
47-339 Mapumapu Road
Kaneohe, Hawaii 96744
Email: stuartgm@gmail.com
Phone: (808) 533-1767
Fax: (808) 239-9175
Attorney for Complainant
ALEXANDER SUNDAY

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALEXANDER SUNDAY, | * | CV 16-00515 DKW-RLP<br>CIVIL No.: _____ |
| Complainant, | * | |
| | * | **COMPLAINT FOR PERSONAL** |
| V. | * | **INJURY DAMAGES; SUMMONS** |
| | * | |
| THE RESEARCH CORPORATION | * | |
| OF THE UNIVERSITY OF HAWAII | * | |
| THE UNIVERSITY OF HAWAII | * | |
| Defendants, | * | |

* * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Complainant, **ALEXANDER SUNDAY**, and for a complaint against defendants named herein alleges and avers the following:

**I.
JUSRISDICTION**

1. Jurisdiction is based upon the Jones Act, 46 USC 688, the General Maritime law, the Public Vessels Act and in the alternative, the Suits in Admiralty Act. Presently, the *R/V KAIMIKAI-O-KANALOA* is located in state territorial waters in the above referenced District Court.

## II.
## PARTIES

2. Complainant, **ALEXANDER SUNDAY** ("complainant"), at all relevant times mentioned herein is a citizen and resident of the City of St. Peters, State of Missouri, employed by defendants assigned to the *R/V KAIMIKAI-O-KANALOA*, as a seaman in capacity of first assistant engineer.

3. Defendant, **THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII** ("defendant"), is a corporation or body corporate organized under the laws of the State of Hawaii. On or prior to September 30, 2014, defendant was the owner, operator, charterer, manager and/or inspector and was in control of the *R/V KAIMIKAI-O-KANALOA*, its gear, appliances and component parts.

4. Defendant, **THE UNIVERSITY OF HAWAII** ("defendant"), is a corporation or body corporate organized under the laws of the State of Hawaii. On or prior to September 30, 2014, defendant was the owner, operator, charterer, manager and/or inspector and was in control of the *R/V KAIMIKAI-O-KANALOA*, its gear, appliances and component parts.

## III.
## VENUE

5. All of the parties and occurrences as set forth in the complaint occurred in this district.

## IV.
## FACTUAL ALLEGATION

6. On or about September 30, 2014, while working aboard the *R/V KAIMIKAI-O-KANALOA*, Complainant was stepping between unsafe, temporarily rigged scaffolding

in place for reinstalling the hydraulic arm and a deployable submarine, all of which were appurtenances of the *R/V KAIMIKAI-O-KANALOA*, when he was caused to severely twist his left knee and permanently injure said knee.

7. Upon demand for further required medical treatment per doctor recommendation on August 9, 2016, complainant was terminated on August 15, 2016.

8. At all material times herein, defendants owned, operated, manned, and controlled the *R/V KAIMIKAI-O-KANALOA* and the deployable submarine.

9. A proximate cause of the accident herein was the negligence attributable to defendants in failing to furnish Complainant a safe place to work.

10. A proximate cause of the accident and injuries herein was the unseaworthy condition of the *R/V KAIMIKAI-O-KANALOA* and/or the deployable submarine which at all material times herein was an appurtenance of the *R/V KAIMIKAI-O-KANALOA*.

11. As a direct and proximate result of the accident herein, Complainant has sustained serious, disabling and permanent injuries to his left knee.

12. Complainant has damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendants herein for the full and total sum of TWO MILLION ($2,000,000.00) DOLLARS.

13. Maintenance and cure is due from defendants. Complainant's accident occurred while in the service of the vessel. Defendants wrongfully terminated maintenance to complainant in violation of Defendants' obligations under the maritime law. Demand is made for an appropriate rate of maintenance and for appropriate cure, and for all damages allowed

under the general maritime law associated with said maintenance and cure claim, including attorney fees, compensatory damages and punitive damages from said Defendants.

WHEREFORE, Complainant demands judgment against the defendants herein for the full and total sum of TWO MILLION ($2,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure, for attorney fees, compensatory damages and punitive damages for Defendants wrongfully terminating maintenance and cure and for all costs of these proceedings and all appropriate, general and equitable relief and for trial by jury.

Dated: Honolulu, Hawaii, September 19, 2016

Respectfully submitted,

/s/ Stuart M. Cowan
Stuart M. Cowan
47-339 Mapumapu Road
Kaneohe, Hawaii 96744
Email: stuartgm@gmail.com
Phone: (808) 533-1767
Fax: (808) 239-9175
Attorney for Complainant **ALEXANDER SUNDAY**

**PLEASE SERVE:**

**THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII**
**THROUGH ITS DIRECTOR OF HUMAN RESOURCES:**
**NELSON SAKAMOTO**
**1610 EAST-WEST ROAD**
**BURNS HALL 4TH FLOOR, MAKAI WING**
**HONOLULU, HI 96848**

**THE UNIVERSITY OF HAWAII**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**LEGAL AFFAIRS**
**2444 DOLE ST.**
**BACHMAN 110**
**HONOLULU, HI 96822**