COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY       6297-0
  Email: nlezy@cwlfirm.com
MICHAEL J. NAKANO     6940-0
  Email: mnakano@cwlfirm.com
Davies Pacific Center, Ste. 1099
841 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 744-7020
Facsimile: (808) 744-7030

Attorneys for Defendants
THE RESEARCH CORPORATION OF
THE UNIVERSITY OF HAWAII and
THE UNIVERSITY OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ALEXANDER SUNDAY,<br><br>       Complainant,<br><br>vs.<br><br>THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII; THE UNIVERSITY OF HAWAII<br><br>       Defendants. | Civil No. 16-00515 DKW-RLP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE WITH ALL CLAIMS; ORDER**<br><br>Trial: January 8, 2018 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

       Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff ALEXANDER SUNDAY

("Plaintiff") and Defendants THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII and THE UNIVERSITY OF HAWAII (collectively "Defendants") by and through their respective counsel, that any and all claims which were asserted and/or which could have been asserted, in the above referenced action, be dismissed with prejudice.  Each party is to bear their own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared in this action.  A bench trial was set for January 8, 2018, before the Honorable Derrick K. Watson, but was vacated.

DATED:  Honolulu, Hawaii, September 19, 2017.

/s/ Thomas M. Discon
STUART M. COWAN
THOMAS M. DISCON
ROBERT K. LANSDEN
Attorneys for Plaintiff
ALEXANDER SUNDAY


/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendants
THE RESEARCH CORPORATION OF
THE UNIVERSITY OF HAWAII and THE
UNIVERSITY OF HAWAII

APPROVED AND SO ORDERED.

DATED:  September 19, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____
**ALEXANDER SUNDAY V. THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII; THE UNIVERSITY OF HAWAII; CIVIL NO. 16-00515 DKW-RLP; STIPULATION FOR DISMISSAL WITH PREJUDICE WITH ALL CLAIMS**